UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:26-cv-03895-SSC | Date | July 15, 2026 |
| Title | *Antonio Valladares-Peralta v. Markwayne Mullin et al.* | | |

| | |
|---|---|
| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| Irene Vazquez | Not Reported |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings: (IN CHAMBERS) ORDER STRIKING PRIOR ORDER [DKT. NO. 7]**

On July 14, 2026, the Court issued an Order Retaining Jurisdiction and Requiring Response to Petitioner's Application for a Temporary Restraining Order. [Dkt. No. 7]. However, Petitioner voluntarily consented to have the Magistrate Judge conduct all proceedings in this case. As such, the Court **STRIKES** the Court's prior Order and **VACATES** the deadlines set in the Order. [Dkt. No. 7]. All further proceedings will be conducted by the Magistrate Judge.

**IT IS SO ORDERED.**