UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  5:26-cv-03895-SSC                    Date: July 15, 2026

Title  Antonio Valladares-Peralta v. Markwayne Mullin, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

Teagan Snyder                                     n/a
Deputy Clerk                           Court Reporter / Recorder

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:
None Present                                       None Present

**Proceedings:   (IN CHAMBERS) Order Denying Petitioner's
Application for a Temporary Restraining Order (ECF 3)**

Yesterday, July 13, 2026, Petitioner Antonio Valladares-Peralta filed a petition for writ of habeas corpus by a person in federal custody pursuant to 28 U.S.C. § 2241, seeking a bond hearing.  (ECF 1.)  Along with the petition, Petitioner filed an application for a temporary restraining order (TRO) seeking immediate release or a bond hearing, and for the Court to enjoin Respondents from removing Petitioner from this judicial district.  (ECF 3 at 1.)

Today, July 14, 2026, the Clerk issued a notice of General Order 26-05, which sets the governing briefing schedule in this case and requires that during the pendency of these proceedings, "Respondent shall provide at least two court days' notice to the petitioner, petitioner's counsel, and the Court of its intent to remove the petitioner from the Central District of California."  (ECF 6 at 2.)  The briefing

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:26-cv-03895-SSC                    Date: July 15, 2026

Title      Antonio Valladares-Peralta v. Markwayne Mullin, et al.

schedule requires Respondents to file an answer to the petition no later than seven days from issuance of the notice.  (*Id.*)

The Court denies Petitioner's motion for a TRO because the briefing schedule on Petitioner's underlying habeas petition has been expedited and Respondent has been ordered to provide at least two court days' notice of its intent to remove Petitioner from this judicial district such that Petitioner cannot show irreparable harm warranting a TRO during the pendency of his habeas proceedings.  *See Granny Goose Foods, Inc. v. Bhd. of Teamsters*, 415 U.S. 423, 439 (1974) (the underlying purpose of a TRO is "preserving the status quo and preventing irreparable harm just so long as is necessary to hold a hearing.")  Accordingly, Petitioner's motion for a TRO (ECF 3) is DENIED.

**IT IS SO ORDERED.**

                                                                    :
                                        Initials of Preparer      **ts**